UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRYANT B. CHAMBERS, #24020848, § § § *Plaintiff*, § § v. § § NFN CARSON, ET AL., § § *Defendants*. § | No. 3:24-CV-02960-X (BT) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. **(Doc. 10).** No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 22nd day of AUGUST, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE

1